IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENNIFER MORALES,

    Plaintiff,

v.

WELLS FARGO INSURANCE SERVICES USA INC,

    Defendants.

                                                 /

No. 13-03867  EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

    On November 12, 2013, Plaintiff's counsel filed a request to appear telephonically at the initial case management conference set for November 19, 2013 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.  Counsel shall stand by beginning at the date and time above until called by the Court.  No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-2066 to provide the Court with a direct dial number to call on for this appearance.

Dated: November 13, 2013

                                                ELIZABETH D. LAPORTE  
                                                United States Magistrate Judge