IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MORALES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO INSURANCE SERVICES USA INC, et al.,<br><br>    Defendants.<br>_____/ | No. C -13-03867 EDL<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION** |

Following the November 19, 2013 Case Management Conference, the Court sets the following briefing schedule for Plaintiffs' Motion for Class Certification. Plaintiff's Motion shall be filed no later than September 9, 2014. Defendants' opposition shall be filed no later than October 7, 2014. Plaintiffs' Reply shall be filed no later than October 28, 2014. The Court will hear Plaintiffs' Motion on November 25, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: November 20, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge